*If this opinion indicates that it is "FOR PUBLICATION," it is subject to
revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

RONALD PARKER WILSON,

        Defendant-Appellant.

UNPUBLISHED
February 20, 2020

No. 346515
Wayne Circuit Court
LC No. 13-003780-01-FC

Before: GLEICHER, P.J., and GADOLA and LETICA, JJ.

PER CURIAM.

Defendant was convicted of two counts of assault with the intent to do great bodily harm less than murder (AWIM), MCL 750.84, and possession of a firearm during the commission of a felony (felony-firearm), MCL 750.227b. After two prior appeals to this Court,[1] defendant was resentenced to two concurrent terms of 57 months to 10 years' imprisonment for each AWIM conviction to be served consecutively to a 2-year term imposed for the felony-firearm conviction. For the third time, defendant appeals his AWIM sentences as of right. Defendant's sole argument is that the AWIM sentences are disproportionate as they exceed the recommended minimum sentencing guidelines range of 19 to 38 months' imprisonment.

Recently, defendant finished serving his sentences.[2] Accordingly, we dismiss defendant's appeal as moot as it is impossible for us "to fashion a remedy" under these circumstances. See

---

[1] *People v Wilson*, unpublished per curiam opinion of the Court of Appeals, issued November 17, 2015 (Docket Nos. 321816 and 322074) (*Wilson I*); *People v Wilson*, unpublished per curiam opinion of the Court of Appeals, issued December 7, 2017 (Docket No. 334025) (*Wilson II*).

[2] On September 26, 2018, the trial court resentenced defendant for the second time, awarding him 2,010 days credit for time served. Based on our calculations, defendant served his minimum sentence on December 26, 2019, and, in fact, the Michigan Department of Corrections' Offender Tracking Information System reflects that he was paroled on that date. See

*People v Rutherford*, 208 Mich App 198, 204; 526 NW2d 620 (1994); see also MCR 7.216(A)(7) (This Court may "enter any judgment or order or grant further or different relief as the case may require[.]").

Dismissed.

/s/ Elizabeth L. Gleicher
/s/ Michael F. Gadola
/s/ Anica Letica

<https://mdocweb.state.mi.us/otis2/otis2profile.aspx?mdocNumber=931416> (accessed February 12, 2020).